[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**

JAN 2 5 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

)
)
)
)
)
)
)

Joshua, J, Poitra
#10472-059

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

T. Mandeville
USP-Thompson
Correctional Officer

U.S. Department of Justice
Federal Bureau of Prisons

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Hon. Iain D. Johnston

Case No: 22. C. 50231
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

✓    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known) Federal Tort Claims Act, Title USC §2675(a)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Joshua, John, Poitra

B. List all aliases: None

C. Prisoner identification number: 18472-059

D. Place of present confinement: USP-Terre Haute

E. Address: P.O Box 33, Terre Haute-IN-47808

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: T. Mandeville

Title: Correctional Officer, Fedral Bureau Of Prisons

Place of Employment: USP-Thompson, Illinois

B. Defendant: U.S. Department of Justice

Title: Federal Bureau of Prisons

Place of Employment: North Central Regional Office

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _22, C. 50231_

B. (Approximate date) of filing lawsuit: ~~November 2022~~ _September-2022_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Joshua, J, Poitra #10472-059_

D. List all defendants: _Defendant, Mandaville, Monster, Smith, Schwartz, Defendant, Lt- Dougdale_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _____
_Hon. Iain D. Johnston_

G. Basic claim made: _Bivens complaint_

H. Disposition of this case (for example: (Was the case dismissed?) Was it appealed? Is it still pending?): _Case was dismissed without prejudice. I was told to submit a proposed secound complaint by Jan-23-2023_

I. Approximate date of disposition: _None_

_Hon, Iain.D.Johnston I Joshua, Poitra Did my best I could on this Section._

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Aug. 25-21 at USP-Thompson at 4:00pm Count. I Joshua, J, Poitra #10492-059 attempted to commit suicide by hanging my self in E2-Unit cell #2. I was a Mental Health care level-2 and was asking #1 OIC-Young to help me and contact psychology for me. OIC-Young would not contact psychology for me, I'm diagnosed with Anxity and Depression. On the above date and time in E-Unit cell-2 at 4:00pm Count I was hanging from a cement slab with a orange bed sheet. Officer, Monster and Officer, T. Mandville were doing 4:00pm Count and seen me hanging and called it over the radio unresponsive inmate E-2 cell-2. Officer, Monster-Officer, Mandeville - Officer, Smith and Officer, Schwartz opened my cell door with out a camera video. Monster come in first with a riot sheild, Monster Kit me 2 to 3 times with the sheild well I was chocking from the bed sheet. Smith and T. Mandeville was striking me over and over with there fist, Pulled me from the cement slab where the bed sheet was tied too. Got me in the middle of the cell on my stomach Officer, Smith is got his Knee on the back of my neck

4                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Schwartz is on my back area with his knee knocking the wind out of me. T. Mandeville is on my legs with his knees at this time T. Mandeville is putting his black box handcuffs on my wrist. T. Mandeville gets his cuffs on me and grabs my right index finger bends it backwards causes my finger to break and tore the inside of my finger from my knuckle to the inside of my palm, which resoulted in a 1½ inch laceration. The laceration got infected and Doctor was unable to suture laceration, Because USP-Thompson kept me in a restraint chair and never got me the proper medical attention to stitch my finger. This altercation with these four officers lasted about one to two mineutes with no camra. At no time was I fighting back our resisting staff. The first officer to respond to cell #2 was Lt, Dougdale. He tells the Officers the camra is coming and it's _Hot_, whitch ment the camra was almost at cell-2 and was turned-on. Now right behind Lt, Dougdale was Officer, Dessing live with the camra. The officers stoped assaulting me and the rest is all reorded now. By this time T. Mandeville already has his cuffs on me and broke my finger. I'm positive T. Mandeville is the officer who broke my finger. Now T. Mandeville and Smith get me to a standing position walk me out the cell backwards.

(please see attached sheet)

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Money Damages for Excessive force/Personal Injury

Plaintiff has suffered Physical/Emotional Damages in the total amount of Two hundred Fifty Thousand Dollars ($250,000.00)

Two hundred Fifty Thousand Dollars ($250,000.00)

Transfer back to the State of North Dakota, I'm not a FBOP inmate. I'm a state Inmate, North Dakota Transfer

**VI.     The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO**

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _18th_ day of _Jan_, 20_23_

_____
(Signature of plaintiff or plaintiffs)

_Joshua John Poitra_____
(Print name)

_10472-059_____
(I.D. Number)

_United States Penitentiary-Terre Haute_

_P.O Box 33_____

_Terre Haute, IN - 47808_____
(Address)

6                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# (Statement of Claim Continued) pg 1 of 3

They walk me out of E2-Unit backwards to a medical room in E-Unit to be medical assessed, By medical staff C, Horst. C, Horst asked Lt, Dougdale what happin, He tells her inmate tried to Kill himself. C, Horst started the assessment with the red marks on my neck, from the bed sheet. Then seen the scattered red areas on my back, From Officer, Schwartz Kneeing me on the back area when I was on the floor, Schwartz was making hard for me to breath. C, Horst then ask the officers where is all the blood coming from? They tell her his finger. C, Horst then looks at my finger with Lt, Dougdale, She could see the index finger has a 1.5 linear laceration with bloody drainage as well as deformity noted to finger. C, Horst begins to tell Lt, Dougdale "Inmate needs to go to the Hospital" All this is on video camra Officer, Dessing is got the camera. At this point Lt, Dougdale tells the nurse he needs pictures of my finger. He pulls a small camera from his pocket and begins to take photo's of my finger. He then ask ms, Horst if she was done with her assessment Ms, Horst says yes. "Please see attached Injury Assessment performed by Provider: Horst, C. RN.

Now at this time Lt, Dougdale and the Officers walk me out the medical room backwards to E-Unit hallway. Then begin to cut my clothes off me put me in paper clothes and chains, belly chains, BlackBox handcuffs, Leg chains. Then put me in a restraint chair for 16 hours. They took me from E-Unit

# (Statement of Claim Continued) pg 2 of 3

To the Medical Unit put me in a cell and left in the restraint chair for 16 hours without the proper medical attention to stitch my finger, My finger became infected. The next day the Doctor at the Emergency Room could not suture laceration because it was infected, So the only thing he could do was reset my finger that was dislocated and fractured. And Prescribed me Amoxicillin/Clav 875MG every 12 hours for 10 days for the infected finger laceration.

(Please see attached Community Hospital Report)

-Continued-

By this time I am in the chair in a Medical cell the time is about 4:30 pm now The Doctor from USP-Thompson comes and tells me threw the door that my finger is hurt really bad and need to go to the Emergency Room. They are not going to take me untill Lt, Dougdale decides to take me out the restraint chair. Now all this is at 5:00 pm Aug-25-21 they leave me in the chair untill 8:00 Am, Aug-26-21 Take me out the chair but leave me in chains still untill they take me to the Hospital in Clinton, Iowa 1:00 pm.

(Please see attached USP-Thompson Doctor Injury Assessment - Provider, Catt, Jerry - MD)

(Statement of Claim Continued) pg 3 of 3

The Doctor at the Hospital in Clinton, Iowa does a X-ray of my finger and tells me my finger is dislocated and fractured and the cut is very infected. He can't stitch my finger because the cut happin to long ago. But he needs to reset my finger because it's dislocated. So the Doctor reset my finger put my hand in a splint. For the infected cut he puts me on a Antibiotic-IV-Bag and prescribes me Augmentin 875mg for 10days.

(Please see attached Hospital Report Provider- -Taylor, B. RN/AHSA.) Also attached Medical trip Return encounter Provider: Thulion, A. RN

Now I go back to USP-Thompson and go to sucide watch for 8-days, Untill psychology let me off watch.

I Joshua, J, Poitra certify that the facts stated are true to the best of my Knowledge, Information and Belief

Sin, Joshua J Poitra #10472-059
Date-Jan-18-2023

## Amended Complaint

## Federal Tort Claim Act

Hon. Iain D. Johnston

I filed a FTCA with North Central Office on a 7-19-22 and the goverments response is due on 1-18-23. Today is 1-18-23 and I still don't have any kind of response from NCRO. The FBOP is late our will not respond to the FTCA I filed with them. I sent NCRO letters asking about any kind of update to my claim. I never got anything back. I don't know what to do if NCRO will not respond when the response is due 1-18-23. NCRO - The goverments response is due and they have 6-months to determination on my claim, The time is over on 1-18-23

Therefore I exhausted my FTCA.

(Please See FTCA attached)

I Joshua, J, Poitra certify that the facts stated are true to the best of my Knowledge, Information and Belief

Sin, Joshua J. Poitra #10472-059
Date-Jan-18-2023



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101*

08-15-2022

JOSHUA POITRA, #10472-059
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

      Re: Administrative Claim for Damages
      Claim #:        TRT-NCR-2022-06278         $ 250,000.00

Dear Claimant:

      This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

      Your claim was received on 07-19-2022. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 01-18-2023.

      Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                        Sincerely,
                        Mary A. Noland
                        Regional Counsel

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: POITRA, JOSHUA JOHN | | | | Reg #: 10472-059 |
| Date of Birth: 03/13/1991 | Sex: M | Race: AMERICAN | | Facility: TOM |
| Encounter Date: 08/25/2021 17:50 | Provider: Horst, C. RN | | | Unit: I01 |

Injury Assessment - Non-work related encounter performed at Health Services.

## SUBJECTIVE:

**INJURY 1**      **Provider:** Horst, C. RN

**Date of Injury:** 08/25/2021 16:00      **Date Reported for Treatment:** 08/25/2021 17:14

**Work Related:** No      **Work Assignment:** SHU-UNASSG

**Pain Location:**

Pain Scale: 7

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Echo unit Range 2 Cell 002

**Cause of Injury (Inmate's Statement of how injury occurred):**

Inmate states, "He broke my finger".

**Symptoms (as reported by inmate):**

Inmate states, "My finger hurts".

## OBJECTIVE:

## Exam:

### General

**Affect**

Yes: Anxious

### Ears

**External Ear**

Yes: Within Normal Limits

### Neck

**General**

Yes: Within Normal Limits

### Pulmonary

**Observation/Inspection**

Yes: Within Normal Limits

### Cardiovascular

**Observation**

Yes: Within Normal Limits

### Peripheral Vascular

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

Yes: Capillary Refill Normal

## ASSESSMENT:

| | | | |
|---|---|---|---|
| Inmate Name: POITRA, JOSHUA JOHN | | Reg #: | 10472-059 |
| Date of Birth: 03/13/1991 | Sex: M Race: AMERICAN | Facility: | TOM |
| Encounter Date: 08/25/2021 17:50 | Provider: Horst, C. RN | Unit: | I01 |

Cut(s) and/or Abrasion(s)

Inmate was escorted into medical by custody following an IUOF. No chemical munitions were used. Inmate states, "He broke my finger". Inmate states, "I need to talk with psychology because I tried to hang myself. I used a sheet." Upon assessment it is noted that eyes are PERRLA. Oral mucosa intact. Neck is reddened but no definitive marks noted on neck. Inmate noted to have scattered red areas noted on back but no skin breakdown noted. Inmate states his lower back hurt upon first sitting upward but no noted marks or deformity noted. Right index finger noted to have 1.5 linear laceration adjacent to the palm with bloody drainage being expelled. Area cleansed with wound cleanser and pressure dressing applied. Inmate unable to move as well as deformity noted to finger. Skin to chest, back, arms, legs intact. Lungs are clear to auscultation anterior and posterior. Restraints and circulation are adequate to upper and lower extremities with good cap refill noted. Vital signs are stable. Will notify provider to assess right index finger. Chart reviewed. Will offer tetnus shot.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/25/2021 | Counseling | Access to Care | Horst, C. | Verbalizes Understanding |
| 08/25/2021 | Counseling | Plan of Care | Horst, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Horst, C. RN on 08/25/2021 17:51

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: POITRA, JOSHUA JOHN | | Reg #: 10472-059 | |
| Date of Birth: 03/13/1991 | Sex: M Race: AMERICAN | Facility: TOM | |
| Encounter Date: 08/26/2021 08:30 | Provider: Catt, Jerry MD | Unit: I01 | |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1** **Provider:** Catt, Jerry MD

**Date of Injury:** 08/25/2021 16:00 **Date Reported for Treatment:** 08/25/2021 16:30

**Work Related:** No **Work Assignment:** SHU-UNASSG

**Pain Location:**

Pain Scale: 10

Pain Qualities: Throbbing

**Where Did Injury Happen (Be specific as to location):**

IM cell

**Cause of Injury (Inmate's Statement of how injury occurred):**

During altercation with CO staff

**Symptoms (as reported by inmate):**

Right hand pain, worse in 2nd and 3rd digit. Unable to flex index finger with effort, minimal extension possible but limited by pain. Reports sensation to touch is present on distal tip of index finger but slightly diminished. Reports pain at base on 3rd digit, worse with movement.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2021 | 06:30 TOM | 98.0 | 36.7 | | Garcia, V. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2021 | 06:30 | 54 | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/26/2021 | 06:30 TOM | 18 | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/26/2021 | 06:30 TOM | 157/100 | | | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/26/2021 | 06:30 TOM | 100 | Room Air | Garcia, V. RN |

**Exam Comments**

Focal exam RUE/hand

Skin warm to touch, with laceration at base of index finger/MCP joint. Laceration extends across palmar surface, wrapping onto dorsum of joint. Index finger deformity noted with MCP held in hyper extension, forced flexion at PIP. Moderate circumferential swelling along index finger. 3rd digit swelling and TTP at base/MCP/prox phalanx. Cap refill

| Inmate Name: | POITRA, JOSHUA JOHN | | | | Reg #: | 10472-059 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/13/1991 | Sex: | M Race: AMERICAN | | Facility: | TOM |
| Encounter Date: | 08/26/2021 08:30 | Provider: | Catt, Jerry MD | | Unit: | I01 |

less than 2 seconds all digits. Sensation to touch intact all digits. Denies wrist pain at this time.

### ROS Comments

ROS focused on reported complaint performed. Pertinent positive and negative findings documented in the HPI

## ASSESSMENT:

Deformity of finger(s), M20009 - Current

Other disorder of the skin and subcutaneous tissue, L988 - Current

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 08/26/2021 | 08/26/2021 | Urgent | No | |

Subtype:

Emergency Room

Reason for Request:

Right hand pain, worse in 2nd and 3rd digit. Unable to flex index finger with effort, minimal extension possible but limited by pain. Reports sensation to touch is present on distal tip of index finger but slightly diminished. Reports pain at base on 3rd digit, worse with movement.

### Disposition:

Transfer to Local Hospital

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/26/2021 | Not Done | | Catt, Jerry | No Participation |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Catt, Jerry MD on 08/26/2021 10:21

---

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | POITRA, JOSHUA JOHN | | | Reg #: | 10472-059 |
| Date of Birth: | 03/13/1991 | Sex: | M    Race: AMERICAN | Facility: | TOM |
| Note Date: | 08/26/2021 16:31 | Provider: | Taylor, B. RN/AHSA | Unit: | I01 |

Admin Note - Community Hospital Report encounter performed at Other.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Taylor, B. RN/AHSA

Report received from ER:  Right index finger was dislocated and fractured.  Unable to suture laceration.  Non-adherent dressing applied; finger splinted and wrapped.  Needs a follow-up appointment with ortho in 3-4 days.  Prescribed Augmentin 875-125 twice daily x 10 days.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Taylor, B. RN/AHSA on 08/26/2021 16:38

Requested to be reviewed by  Catt, Jerry MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: POITRA, JOSHUA JOHN | | Reg #: 10472-059 |
| Date of Birth: 03/13/1991 | Sex: M Race: AMERICAN | Facility: TOM |
| Encounter Date: 08/26/2021 17:20 | Provider: Thulion, A. RN | Unit: I01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Thulion, A. RN

Chief Complaint: Medical Trip Return

Subjective: Med trip return following send out for fracture of phalanx or right index finger and right hand laceration.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2021 | 17:22 TOM | 98.4 | 36.9 | Forehead | Thulion, A. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2021 | 17:22 | 78 | Via Machine | | Thulion, A. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/26/2021 | 17:22 TOM | 18 | Thulion, A. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/26/2021 | 17:22 TOM | 142/88 | Left Arm | | | Thulion, A. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/26/2021 | 17:22 TOM | 97 | Room Air | Thulion, A. RN |

**Exam:**

**General**

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Skin**

  **Wound**

    Yes: Clean, Dry and Intact

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

    No: Respiratory Distress

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

    No: Cardiopulmonary Distress

| | | | | |
|---|---|---|---|---|
| Inmate Name: POITRA, JOSHUA JOHN | | | Reg #: | 10472-059 |
| Date of Birth: 03/13/1991 | Sex: M Race: AMERICAN | | Facility: | TOM |
| Encounter Date: 08/26/2021 17:20 | Provider: Thulion, A. RN | | Unit: | I01 |

## ASSESSMENT:

Laceration(s)

Inmate A/O x3. Vital stable. Denies pain at this time. Steady gait. Right hand/finger dressing is clean/dry/intact.

Location of the laceration: Right hand/finger
Measure size (diameter)(length x width x depth) of the wound(s): Wound wrapped in ED and dressing is to remain in place for 24hrs.

Pain: (Y/N): N
*****Pain Scale (0-10):see above
Isolation Required (Y/N): N
Cellulitis (present/ absent): N
Purulent drainage (with or without): Without
Contained in dressing (Y/N): Y
DESCRIBE ANY PERTINENT CHANGES: N/A
Location: see above
Redness: (Y/N): N
Streaking: (Y/N): N
Crepitus: (Y/N): N
Edema: (Y/N): N
PRESENCE OF:
Erythema (Y/N): N
Tenderness (Y/N): N
Purulent drainage (spontaneous or induced): NONE
Necrosis (Y/N): N
Gangrene (Y/N): N
Signs of necrotizing fascitis (Y/N): N
SIGNS OF SYSTEMIC INFECTION INCLUDING:
Fever (Y/N): N
Unstable vital signs (Y/N): N
Streaking from the infection site (Y/N): N
Rapid spread of inflammation over a period of hours (Y/N): N
DRESSING: Nonadherent dressing, splint, and coban to be changed daily and PRN.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Amoxicillin/Clav 875MG/125MG TAB | 08/26/2021 17:20 |

**Prescriber Order:**    875-125 mg Orally  every 12 hours x 10 day(s)

Start Now:  Yes

Night Stock Rx#:   12607-TOM

Source:  Night Stock

Admin Method:   Self Administration

Stop Date:  09/05/2021 17:19

MAR Label:  day(s)

One Time Dose Given:  No

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 08/30/2021 | 08/30/2021 | Urgent | No | |
| Subtype: | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | POITRA, JOSHUA JOHN | | | Reg #: | 10472-059 |
| Date of Birth: | 03/13/1991 | Sex: M | Race: AMERICAN | Facility: | TOM |
| Encounter Date: | 08/26/2021 17:20 | Provider: | Thulion, A. RN | Unit: | I01 |

Acute Fracture, repair, reduction

Reason for Request:

Fracture of phalanx of right index finger; Laceration of right hand.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Dressing Changes | Daily | 10 days | Nonadherent dressing, splint, coban. Order to be extended if necessary. | Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO |

Order Date:        08/26/2021

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 08/30/2021 00:00 | Physician 01 |

Fracture of phalanx of right index finger; Laceration of right hand. Ortho Surgery consult placed.

**Disposition:**

Follow-up at Sick Call as Needed

To be Evaluated by Provider

Consultation Written

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/26/2021 | Counseling | Access to Care | Thulion, A. | Verbalizes Understanding |
| 08/26/2021 | Counseling | Compliance - Treatment | Thulion, A. | Verbalizes Understanding |
| 08/26/2021 | Counseling | Plan of Care | Thulion, A. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes          **By:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO

**Telephone or Verbal order read back and verified.**

Completed by Thulion, A. RN on 08/26/2021 17:40

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

Hon. Iain D. Johnston

Can I please clarify how the inmate grievance process in the FBOP works. And I will do my best to make it clear for the court how my inmate grievance process went and how I exhausted my administrative remedies also the FTCA claim that I filed with the FBOP-North Central Regional Office. Please see the attaced documents that have all the Rejection Reasons with copys of the BP-9 administrative remedy I filed with USP-Thompson. The Regional Remedy appeal whitch is the inmate BP-10 process. that I filed with North Central Regional Office and the Rejection Reason copy attached with it. Now the last inmate grievance process is a BP-11 witch is filed with Central Office in Washington, DC. I availed myself with this process and the attached documents and copys of the Rejection Reason should be enough to show I exhausted my administive grievance process.

Continued Next pg.

# FBOP (Administrative Remedies Grievance Process)

The BOP has a four step Grievance Process. The first is a BP-8 and it has to go to the Unit team Counsler. The Counsler is to respond in a resonable amount of time. Now after the BP-8 responce the inmate is to file a BP-9 with the administration office, If the informal resolution is not met with the Counsler on the BP-8. The BP-9 goes to to the administration Office and the Warden is to respond to the BP-9 grievance. After the BP-9 is rejected the inmate is to file a BP-10 that goes to North Central Regional Office. Then the last and final step is a BP-11 grievance that Needs to be filed with Central Office in Washington, DC.

These are the four step Grievance Remedy Process. BP-8, BP-9, BP-10 and BP-11 and the chain of command an inmate is to follow with his grievance process in the FBOP.

Continued Next pg.

Hon. Iain D. Johnston                              Jan-18-23

   This is the facts of my inmate grievance process.

   First off after the Officer T. Mandaville broke my finger and I came back from the Hospital. I went on suicide watch for 8-days and could not start my BP-8 process when I was on watch. So after I come off watch and go back to E-unit - Specil Housing Unit, I get the correct paper work BP-8 from my Unit team counsler - Nelson. I file my BP-8 with counsler Nelson on 9-10-21 and Nelson does not our will not respond to the BP-8 Staff Misconduct/Personal Injury in a reasonable amount of time, Like the counsler is to do his job. It is a road-block that the FBOP staff use to stop an inmate from moving forward with the grievance process.

   I was moved to another unit at USP-Thompson when you move housing units the Unit team is a diffrant unit team. I was moved to G-Unit and my new counsler Zumkehr now. So I asked counsler for advise of what to do if counsler Nelson does not respond. Counsler Zumker issued me a BP-9 on 10-4-21 with a memo attached to the BP-9. Zumkehr told me to move forward with my grievance process "Please provide a deception of issue who I have contacted to resolve my issue." (Please see attached Memo from Zumkehr)

So I moved forward with my BP-9 because counsler Nelson would not respond to my BP-8. I tryed to resolve my Informal Resouletion with both of my counslers at USP-Thompson. I exhausted my BP-8 and no respond from Nelson, Counslor Zumkehr told me to do a BP-9 with the administrative Office.

I did my BP-9 on 10-4-21 with USP-Thompson administrative Office. (Please see attached BP-9)

The BP-9 was denied from administrative Remedy Coordinator, USP-Thompson Warden would not answer my BP-9. It was rejected from Remedy Coordinator. (Please see BP-9 rejection Reason)
Therefore I exhausted my administrative Remedy with USP-Thompson Admin-Remedy Coordinator.

Now I get a BP-10 from the G-unit Counslor Zumkehr and file it on 10-17-2021. I have to send the BP-10 to North Central Regional Office in Kansas City, KS send it threw US-Post service. North Central Regional Office Rejects my BP-10. (Please see NCRO Reject Reason) NCRO Rejects my appeal, Will not respond with out BP-9 copy and Wardens Response..

So I do a second BP-10 with North Central office and attach the BP-9 copy from USP-Thompson also attached the Rejection Reason from the Admini-Remedy Coordinator at USP-Thompson. NCRO denies my BP-10 again because USP-Thompson will not resond to the BP-9 I filed with USP-Thompson.
(Please see attached Reject Reason from NCRO)
The last and final administrative Remedy is a BP-11 and has to be filed with Central office in Washington, DC threw the US-Postal Service.
I did my last BP-11 and sent it and it was received with Central office 1-11-2022 and they Rejected my BP-11 on 1-31-2022. (Please see Rejection Reason attached)
Central Office never sent my BP-11 copies our I would of sent them. All my Rejection Reasons started because Counsler Nelson would not respond to my BP-8. I still exhausted all of my remedys and these are the copies of all the Rejection Reasons.
    Therefore I exhausted my Adminitrative Remedys with the Fedral Bureau of Prisons.

    I also filed a Fedral Tort Claim with North Central Regional office on 7-19-22.

                            (Continued Next pg.)

1-07

**Please provide a deception of the issue and who you have contacted to resolve you issue.**

Zumkehr

On 9-10-21 I filed a BP-8 with Nelson and never got any kind of respons. - My Informal - Resalition.

So on 10-4-21 I was issued a BP-9 from Counslor - Zumkehr to follow my remedy.

On the Oct - 7th 2021 my BP-9 was denied from Administrative Remedy Coordinator, Not the Warden, Did not get the BP-9 back from Counslor - Barns until Oct - 15th 2021

Got BP-11 respons back on March-11-22 and it come back on Jan - 31 -

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 7, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR    BP-9
BR    THOMSON ADMIN USP

TO  : JOSHUA JOHN POITRA, 10472-059
      THOMSON ADMIN USP    UNT: G-UNIT    QTR: G01-007U
      P.O. BOX 1001
      THOMSON,  IL 61285


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1097108-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : OCTOBER 7, 2021
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

*I did with Nelson He never responded back to me.*

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Poitra**     10472-059     G-1     Thomson-USP

    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** I filed a BP-8 with Counslor Nelson on 9-10-21 on Staff Misconduct/Personal Injury and Nelson will not respond. So I am following my remedies with the BP-9. On Aug-25th-2021 the staff used excesive force assaulted me broke my right index finger, Please see my medical record. Then put me in a restraint chair and never got me the proper medical attention to stitch my finger that was broke.

on the BP-8 I filed with Nelson on 9-10-21 I requested $250,000 for the Staff Misconduct and the damage done to my broken finger, Please see my medical record.

I also requested a transfer back to the State of North Dakota because I am a state inmate and fear for my life in the -FBOP-

10-4-2021

DATE                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

 

 

DATE                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**        CASE NUMBER: 1097168-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                  CASE NUMBER:

**Part C- RECEIPT**

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT:

DATE                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR        PRINTED ON RECYCLED PAPER                 BP-229(13)

                                                        APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 27, 2021

*First - BP-10*

*2-03*

FROM: ADMINISTRATIVE REMEDY COORDINATOR M
      NORTH CENTRAL REGIONAL OFFICE

TO  : JOSHUA JOHN POITRA, 10472-059
      THOMSON ADMIN USP    UNT: G-UNIT    QTR: G03-027U
      P.O. BOX 1001
      THOMSON,  IL 61285

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 1097108-R1    REGIONAL APPEAL
DATE RECEIVED : OCTOBER 25, 2021
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR  INSTITUTION
               ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
               OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
               10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

**RECEIVED**

NOV 16 2021

Administrative Remedy Clerk
**USP Thomson**

*The Warden never responded*
*Administration Remedy Coordinator*
*denied my BP-9/Not Warden.*
*I sent it with my BP-10.*

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Poitra, Joshua, J    10472-059    G-1    Thomson-USP
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I filed a BP-8 with Counselor Nelson on the staff misconduct/Personal Injury and Nelson did not respond so I followed my remedy with a BP-9 with administrative remedy USP Thomson, followed my remedy with a BP-9 how I continued my administrative Appeals on Aug-25th-2021 staff used excessive force and they rejected my remedy. assaulted me and broke my right index-finger, Please see my Medical Records then put me in a restraint Chair never got me the proper Medical Attention to stitch my finger that Officer, T. McDaville broke my finger. In the BP-8 I filed with Nelson and the BP-9 I filed with USP-Thomson I Requested $250,000 for the staff Misconduct and damage done to my broken finger, Please see my Medical records, I also Requested a transfer back to the State of North Dakota because I am a State inmate and fear for my life in the Federal Bureau of Prisons. I Attached the BP-9 I filed and Please see EXHIBIT.

10-17-2021                 Joshua J Poitra
_____                _____
DATE                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____            _____
DATE                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY        CASE NUMBER: 1097108 R1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                         CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____            _____
DATE                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR      PRINTED ON RECYCLED PAPER                      BP-230(13)
                                                       JUNE 2002

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Poitra, Joshua, J     10472-059     G-2     Thomson-USP
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I filed a BP-8 with Counselor Nelson on 9-10-21, on Staff Misconduct/Personal Injury and Nelson did not respond to the BP-8 I filed. Then I followed my remedy with a BP-9 with Administration, They rejected my remedy. So now I am following my remedy with Regional Appeal. On Aug-25th-2021 Staff used Excessive force and Assaulted me and broke my right index finger, Please see my Medical Records. Then put me in a restraint Chair and never got me the proper Medical Attention to stitch my finger that Officer, T. Mandaville broke my finger. On the BP-8 I filed with Nelson and the BP-9 I filed with USP-Thomson, I Requested $250,000 for the Staff Misconduct and damage done to my broken finger, Please see my Medical Records, I also Requested a transfer back to the State of North Dakota because I am a State inmate and fear for my life in the Federal Bureau of Prisions.

11-18-2021
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1097108 R2

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR     ♻ PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

**RECEIVED**

**DEC 15 2021**

Administrative Remedy Clerk
USP Thomson

DATE: DECEMBER 2, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR    m Second - BP. 10
NORTH CENTRAL REGIONAL OFFICE

TO  : JOSHUA JOHN POITRA, 10472-059
THOMSON ADMIN USP    UNT: G-UNIT    QTR: G02-012U
P.O. BOX 1001
THOMSON,  IL 61285

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 1097108-R2    REGIONAL APPEAL
DATE RECEIVED : NOVEMBER 30, 2021
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR    A COPY
OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS       : WARDEN'S RESPONSE IS REQUIRED.RESUBMIT @ INSTITUTION
NCRO WILL NOT RESPOND WITHOUT WARDEN'S RESPONSE TO
BP9

REJECTION NOTICE - ADMINISTRATIVE REMEDY

**RECEIVED**

MAR 0 7 2022

Administrative Remedy Clerk
USP Thomson

DATE: JANUARY 31, 2022

*BP-11*

*F4-021*

*4.21*

*March -11- Recieved*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA JOHN POITRA, 10472-059
      THOMSON ADMIN USP     UNT: G-UNIT     QTR: G02-0260
      P.O. BOX 1001
      THOMSON,  IL 61285


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1097108-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : JANUARY 11, 2022
SUBJECT 1        : EXCESSIVE USE OF FORCE - FORCED CELL MOVES
SUBJECT 2        : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: DUE TO YOUR ALLEGATIONS, YOUR APPEAL IS BEING FORWARDED TO
                 ANOTHER DEPARTMENT FOR REVIEW; HWOEVER, YOUR APPEAL WAS
                 RETAINED IN ACCORDANCE WITH POLICY.



Joshua J. Poitra #18472-059
United States Penitentiary - Terre Haute
P.O Box 33
Terre Haute, IN - 47808 -

INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED

Office of
Clerk of The U.S. District Court
United States Courthouse
Rockford, Illinois - 61101 -

OFFICIAL BUSINESS